**FILED: 10/3/13**
**JS-5/JS-6**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| DISH NETWORK L.L.C., ECHOSTAR TECHNOLOGIES L.L.C., and NAGRASTAR LLC,<br><br>Plaintiffs,<br><br>v.<br><br>SAMUEL POPESCU,<br><br>Defendant. | Case No. CV 13-03915-GHK (FFMx)<br><br>**[PROPOSED] AGREED FINAL JUDGMENT AND PERMANENT INJUNCTION** |

Having considered the parties' Stipulation to Reopen Case and Enter Agreed Final Judgment and Permanent Injunction, the court file in this matter, and the applicable law, the Court approves the stipulation and **ORDERS** as follows:

(1) Defendant Samuel Popescu, and any other person acting in active concert or participation with Defendant, is hereby permanently enjoined from:

    A.   circumventing or assisting others in circumventing DISH Network's security system, or otherwise intercepting or assisting others in intercepting DISH Network's satellite signal;

1         B. testing, analyzing, reverse engineering, manipulating, or otherwise extracting codes, data, or information from DISH Network's satellite receivers, smart cards, satellite data stream, or any other part or component of the DISH Network security system.

    (2)    This permanent injunction takes effect immediately.

    (3)    Judgment is entered for DISH Network on Count I of the complaint alleging violations of the Digital Millennium Copyright Act, 17 U.S.C. § 1201(a)(1), Count II alleging violations of the Federal Communications Act, 47 U.S.C. § 605(a), and Count III alleging violations of the Electronic Communications Privacy Act, 18 U.S.C. §§ 2511(1)(a) and 2520. The Court is informed that the parties have agreed to a confidential settlement sum, and therefore there are no damages awarded in this judgment.

    (4)    Each party is to bear its own attorney's fees and costs.

    (5)    The Court retains jurisdiction over this action for a period of two years for the purpose of enforcing this final judgment and permanent injunction.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:    10/3/13

Hon. George H. King  
Chief U.S. District Judge